0056134

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:05cv80689-*Paine Johnson*

Florida Bar No.: 044326

ALLEN FOX,

    Plaintiff,

vs.

MORRIS JUPITER ASSOCIATES, LTD.,

    Defendant.

_____/

## DEFENDANT'S PRE-TRIAL EXPERT WITNESS LIST

The Defendant, MORRIS JUPITER ASSOCIATES, LTD., by and through the undersigned attorneys and pursuant to this Court's Pre-Trial Order, files this its Pre-Trial Expert Witness List as follows:

### EXPERT WITNESSES

1.     William Norkunas, ADA Expert
   ADAhelp, Inc.
   6103 Umbrella Tree Lane
   Ft. Lauderdale, FL 33319

   Mr. Norkunas is expected to testify regarding the applicable standard, compliance, ready achievability of requested modifications, accepted industry tolerances, plaintiff's disabilities as relates to standing, possible alternative accommodations and policies and all other issues framed by Defendant's pleadings and discovery responses.

The Defendant reserves the right to amend the Pre-Trial Expert Witness List should future discovery dictate the need to do so.

NON-COMPLIANCE OF S.D. fla. L.R. S.1A S.1A4 26.1.B
                                    S.1A2 S.1A5

Fox v. Morris Jupiter Associates
Case No.: 9:05cv80689
Page 2

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 9th day of May, 2006 to all counsel on the attached service list.

KUBICKI DRAPER
Attorneys for Defendant
1 East Broward Boulevard
Wachovia Tower- Suite 1600
Ft. Lauderdale, Florida 33301
Direct Line: (954) 713-2335

BY: _____
MICHAEL J. CARNEY

H:\LIBRARY\0056134\P\1BR0732.WPD

Fox v. Morris Jupiter Associates<br>
Case No.: 9:05cv80689<br>
Page 3

## SERVICE LIST

Cynthia K. Mitchell, Esq.
Aurilio & Assoc., P.A.
The Summit Bldg., Suite 320
840 U.S. Highway One
North Palm Beach, FL 33408
(561)627-5300